IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAYTON MARCUS, JR.,

    Petitioner,

v.                                                          4:19cv418–WS/HTC

MARK S. INCH,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed January 21, 2020. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed with prejudice. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation is due to be adopted based on the untimeliness of the petitioner's petition for writ of habeas corpus. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (ECF No. 8) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this      21st      day of     February    , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE